PATRICK J. LEE, Appellant, v. CRANFORD COMPANY, INC., Respondent.— Reargument ordered, and case set down for Wednesday, January 16, 1918. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

DOROTHY LEWIS, Appellant, v. NEW YORK TITLE AND MORTGAGE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

WILHELM MATTFELD and MARIE MATTFELD, Respondents, v. TILLIE PRAMUK, Appellant, Impleaded with Others, Defendants.— The findings by the trial court that the bond and mortgage were for sufficient consideration, and not induced by false or fraudulent representations, are well supported by the proofs. The consideration was the conveyance of several lots which appellant has since used, leased and conveyed away, so that she cannot now restore the parties to their original position. The objection now urged, that Stephen Pramuk, the appellant's husband, was the real party in interest, not having been taken by demurrer or by answer, is not available. (Merritt v. Walsh, 32 N. Y. 685; Code. Civ. Proc. § 499.) Judgment of foreclosure affirmed, with costs. Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred.

WILLIAM H. MILLER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and orders reversed and new trial granted, costs to abide the event. Defendant was required to use a mail car, constructed in accordance with the specifications prescribed by the Postmaster-General, who was authorized by statute to prescribe. The jury were permitted to exact further requirements for guarding the skylight in the car. This was error, which ran through rulings in the admission of evidence, and also through statements in the charge. A new trial is granted because the jury were not bound to accept the defendant's only vouchsafed explanation of the cause of the break in the skylight, as it was based wholly upon circumstantial evidence, and it is not conclusively established that the skylight was properly constructed and properly maintained. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

NEW YORK DOCK COMPANY, Appellant, v. FLINN-O'ROURKE COMPANY, INC., Respondent.— Order denying injunction affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.